

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00005-CR

Raymond Corey **SOTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6115
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED January 27, 2021.

_____
Irene Rios, Justice